IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JEFFREY SINGLETARY, § § Plaintiff, § § v. § § APRIA HEALTHCARE, § § Defendant. § § § | Civil Action No. 3:18-cv-00282-MPM-RP |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of this action without prejudice.

*/s/* Ashley E. Cannady
  Ashley E. Cannady, Esq.
  Balch & Bingham, LLP
  188 East Capitol Street
  Jackson, MS 39201
  Phone: 301-965-8180
  Email: acannady@balch.com
  Attorney for the Defendant

Date: February 26, 2020

*/s/* Amy L. B. Ginsburg
  Amy L. B. Ginsburg, Esq.
  Kimmel & Silverman, P.C.
  30 East Butler Pike
  Ambler, PA 19002
  Phone: 215-540-8888
  Fax: 215-540-8817
  Email: teamkimmel@creditlaw.com
  Attorney for Plaintiff

Date: February 26, 2020

BY THE COURT:

_____
                            J.

## **CERTIFICATE OF SERVICE**

       I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Ashley E. Cannady, Esq.
Balch & Bingham, LLP
188 East Capitol Street
Jackson, MS 39201
Phone: 301-965-8180
Email: acannady@balch.com
Attorney for the Defendant


Dated: February 26, 2020                By: /s/ Amy L. B. Ginsburg
                                             Amy L. B. Ginsburg, Esq.
                                             Kimmel & Silverman, P.C.
                                             30 E. Butler Avenue
                                             Ambler, PA 19002
                                             Tel: 215-540-8888
                                             Fax: 215-540-8817
                                             Email: teamkimmel@creditlaw.com
                                             Attorney for Plaintiff