**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JEFFREY SINGLETARY,**                                                    **PLAINTIFF**

**V.**                                                   **NO: 3:18CV282-M-P**

**APRIA HEALTHCARE**                                        **DEFENDANT**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to a [24] Stipulation of Dismissal filed jointly by the parties in this case, it is hereby **ORDERED** that the cause be dismissed without prejudice.

This the 26th day of February, 2020.

                                               **/s/ MICHAEL P. MILLS**
                                               **UNITED STATES DISTRICT JUDGE**
                                               **NORTHERN DISTRICT OF MISSISSIPPI**